UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

E.B.,

               Plaintiff,

    v.

KIMI CRUSH LIMITED, *et al.*,

               Defendants.

Case No. C26-5216-MLP

ORDER

This matter is before the Court on Plaintiff's Renewed Motion for Alternative Service. (Mot. (dkt. # 30).) The Court previously granted the Motion in part and reserved ruling on Plaintiff's request to authorize service by email on Defendant Prinsloo Global Group, Inc. ("Prinsloo"), a New York corporation. (Dkt. # 33.) While Plaintiff sufficiently demonstrated compliance with New York law, the Court required more information on whether service by email would comport with due process. (*Id.*) Plaintiff has now submitted a supplemental brief, supported by a supplemental declaration of her counsel, Lauren Blazing. (Dkt. ## 35-36.)

The Court finds that Plaintiff's supplementary material sufficiently demonstrates that due process requirements are satisfied. A "fundamental requirement of due process . . . is notice reasonably calculated, under all the circumstances, to apprise interested parties of the pendency

ORDER - 1

of the action and afford them an opportunity to present their objections." *Mullane v. Cent. Hanover Bank & Tr. Co.*, 339 U.S. 306, 314 (1950). Plaintiff has demonstrated that Prinsloo's website is currently operational, it directs users to contact it at the email address prinsloogginc@outlook.com, and emails to that address are delivered without error as recently as July 30, 2026. (Dkt. # 35 at 2-3; *see* Third Blazing Decl. (dkt. # 36), ¶¶ 3-7, Exs. 1-8.) Together, this constitutes sufficient "indicia that the defendants would in fact receive notice of the lawsuit if the plaintiffs served them by email." *Amazon.com Inc. v. KexleWaterFilters*, 2023 WL 2017002, at *4 (W.D. Wash. Feb. 15, 2023).

Accordingly, the Court GRANTS Plaintiff's Renewed Motion for Alternative Service (dkt. # 30). Plaintiff is authorized to serve Prinsloo by email at prinsloogginc@outlook.com. The deadline for service is hereby extended to **August 7, 2026**. Plaintiff is ordered to complete service and file proof of service by that date.

Dated this 5th day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2