The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| E.B., individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>KIMI CRUSH LIMITED, a California corporation, ANT HIVE CREATIONS, INC., a California corporation, PRINSLOO GLOBAL GROUP, INC., a New York corporation, JOYBOX STUDIO LIMITED, a Nevada corporation, and STARFISH TECHNOLOGY LIMITED, a Nevada corporation,<br><br>*Defendants*. | Case No. 3:26-cv-05216<br><br>**PLAINTIFF'S RESPONSE TO THE COURT'S SEPTEMBER 16, 2026 ORDER TO SHOW CAUSE** |



**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300

Plaintiff E.B. respectfully submits this Response to the Court's September 16, 2026 Order to Show Cause (Dkt. # 40), which directed Plaintiff to show cause why this action should not be dismissed for failure to prosecute. As set forth below, Plaintiff continues to diligently prosecute this case, investigate Defendants' operations and class-wide damages, and pursue the remedies available to her under the law. Dismissal for failure to prosecute is not warranted.

As the Court acknowledged in its Order, Plaintiff served all five Defendants on or before August 6, 2026. *See* Dkt. # 23, 26–29, 33, 37, 38, 39, 40. Answers were due on or before August 27, 2026. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). To date, no Defendant has entered an appearance nor filed an answer, and none has contacted Plaintiff's counsel. The absence of docket activity since service therefore reflects Defendants' default, not any lack of diligence on Plaintiff's part.

Defendants' failure to appear has also foreclosed the ordinary course of discovery. Plaintiff's counsel has nonetheless continued to investigate Defendants' operations, the scope of the putative class, and the avenues through which meaningful relief may be achieved on behalf of Plaintiff and the putative class. But these efforts—usually aided by the normal discovery process—have been hampered by Defendants' failure to comply with this Court's lawful summons. Because Defendants have not appeared or otherwise participated in this action, Plaintiff intends to seek discovery from third parties.

To that end, Plaintiff has contemporaneously filed a Motion for Leave to Take Third-Party Discovery. That discovery will allow Plaintiff to develop the factual record to determine and pursue the appropriate path to class-wide relief, which may include a motion for class certification and default judgment. Plaintiff will proceed as promptly as the record permits. Should the Court find it useful, Plaintiff is prepared to file status reports every sixty days apprising the Court of Plaintiff's progress.

Accordingly, Plaintiff respectfully asks that the Court discharge its Order to Show Cause and grant her Motion for Leave to Take Third-Party Discovery.



**EDELSON PC**
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300

Respectfully submitted,

**PLAINTIFF E.B.**,

Dated: September 30, 2026

By: /s/ Lauren Blazing

Todd Logan (WSBA #60698)
tlogan@edelson.com
Brandt Silverkorn*
bsilverkorn@edelson.com
Lauren Blazing*
lblazing@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: (415) 212-9300

/s/ Sarah LaFreniere
Sarah LaFreniere (WSBA #62621)
EDELSON PC
slafreniere@edelson.com
1606 NE 65th Street
Seattle, WA 98115
Tel: (206) 647-6424

Amy B. Hausmann*
abhausmann@edelson.com
Michael Ovca*
movca@edelson.com
Samantha Freltz*
sfreltz@edelson.com
EDELSON PC
350 North LaSalle Street, 14th Floor
Chicago, IL 60654
Tel: (312) 589-6370

*Admitted *pro hac vice*

*Attorneys for Plaintiff and the Putative Class*

**CERTIFICATION**

I certify that this memorandum contains 339 words, in compliance with the Local Civil Rules.

/s/ *Lauren Blazing*

Lauren Blazing

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of September, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In addition, because no Defendant has yet appeared in this action, I caused to be served a copy of this response to each Defendant at the following email addresses:

**Kimi Crush Limited**

service@leyoki.com

**Ant Hive Creations, Inc.**

service@anthivegame.com

**Prinsloo Global Group, Inc.**

prinsloogginc@outlook.com

**JoyBox Studio Limited**

support@joyboxgame.com

licheng@joyboxstudio.com

**Starfish Technology Limited**

service@techstarfish.com

/s/ *Lauren Blazing*

Lauren Blazing